# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Nicholas Dahl, | Civil No. 11-3467 (RHK/JJK) |
| Plaintiff, | |
| vs. | |
| Peter Ritschel, Sergeant, Minneapolis P.D., Badge #6037, in his individual capacity acting under color of law as a Minneapolis police officer, City of Minneapolis, a government entity and political subdivision of the State of Minnesota, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Pursuant to the Stipulation of Dismissal with Prejudice (Doc. No. 9) executed by the attorneys for the parties, **IT IS ORDERED** that all claims against Defendants are **DISMISSED WITH PREJUDICE** and without costs or disbursements to any party.

Dated:  May 1, 2012

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge