## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Nicholas Dahl,<br><br>           Plaintiff,<br><br>vs.<br><br>Peter Ritschel, Sergeant, Minneapolis P.D., Badge #6037, in his individual capacity acting under color of law as a Minneapolis police officer, City of Minneapolis, a government entity and political subdivision of the State of Minnesota,<br><br>           Defendants. | Civil No. 11-3467 (RHK/JJK)<br><br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of Dismissal with Prejudice (Doc. No. 9) executed by the attorneys for the parties, **IT IS ORDERED** that all claims against Defendants are **DISMISSED WITH PREJUDICE** and without costs or disbursements to any party.

Dated: May 1, 2012

                                                              s/Richard H. Kyle<br>
                                                              RICHARD H. KYLE<br>
                                                              United States District Judge